JESSE W. RENO, Respondent, *v.* FREDERIC BULL et al., Appellants.

(Submitted October 6, 1919; decided October 14, 1919.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 226 N. Y. 546.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENNY SABATINO, Appellant.

(Submitted October 6, 1919; decided October 14, 1919.)

Motion for re-argument denied. (See 224 N. Y. 589.)